**Order entered January 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00934-CV

### KALEI MERRILL, Appellant

### V.

### MITCHELL CURRY, ET AL., Appellees

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01827-2019**

### ORDER

Before the Court is appellant's January 27, 2022 unopposed second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **February 17, 2022**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE